UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY WALTER, as personal representative of the Estate of Michael Kelly, and MAE SAFEE,

    Plaintiff,

v.                                          Case No: 8:22-cv-994-WFJ-TGW

ADP & ASSOCIATES OF BROOKSVILLE, INC. and ANTHONY D. PEDONESI,

    Defendants.
_____/

**ORDER**

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Court Approval of Settlement Agreement and to dismiss the case with prejudice (Dkt. 30) is granted. The Court specifically approves the parties' confidential settlement agreement provided to the undersigned for *in camera* review. The case is dismissed with prejudice. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 19, 2023.

                                            s/*William F. Jung*
                                            **WILLIAM F. JUNG**
                                            **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record